UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
EMMA J MIKUSKA

CASE NO. 04 B 46433

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-8767

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/17/04 and confirmed on 02/28/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 7875.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BECKET & LEE LLP | UNSECURED | 4881.79 | .00 | 488.18 |
| BECKET & LEE LLP | UNSECURED | 8990.98 | .00 | 899.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5218.11 | .00 | 521.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3495.52 | .00 | 349.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12320.77 | .00 | 1232.08 |
| DISCOVER BANK | UNSECURED | 2672.32 | .00 | 267.23 |
| DISNEY CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| FAMOUS BARR | UNSECURED | 773.88 | .00 | 77.39 |
| STERLING INC | UNSECURED | 3573.73 | .00 | 357.37 |
| KOHLS | UNSECURED | 1063.00 | .00 | 106.30 |
| Q CARD | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 2077.02 | .00 | 207.70 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5357.65 | .00 | 535.77 |
| SEVENTH AVENUE | UNSECURED | 391.08 | .00 | 39.11 |
| THE SWISS COLONY | UNSECURED | 969.55 | .00 | 96.96 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 51785.40 | .00 | 51785.40 |
| PRINCIPAL PAID | .00 | .00 | 5178.55 | .00 | 5178.55 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5178.55 | .00 | 5178.55 |

The Debtor's attorney, JOHN A REED                          , was allowed $   2703.00 and was paid $    409.00  direct and $   2294.00  through the plan.

The Trustee received $    341.98 .

Refunds to the Debtor totaled $     60.47 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 46433 EMMA J MIKUSKA